United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM BRAUN,            ) | |
| ) | CIVIL NO. C10-5214RBL-JRC |
| Plaintiff,            ) | |
| ) | ORDER FOR EXTENSION OF |
| vs.            ) | TIME TO FILE PLAINTIFF'S |
| ) | OPENING BRIEF |
| MICHAEL J. ASTRUE,            ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant.            ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before July 29, 2010, Defendant's Answering Brief shall be filed on or before August 26, 2010, and Plaintiff's Reply Brief shall be filed on or before September 9, 2010. Oral argument, if desired, shall be requested by September 16, 2010.

DATED this 23rd day of June, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF – [10-5214] - 1