UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM BRAUN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO.  C10-5214 RBL-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

After reviewing Defendant's motion to amend the scheduling order (Doc. 12), the court orders as follows:

The motion is **GRANTED**.  Defendant's Responsive Brief shall be filed on or before **October 8, 2010** and Plaintiff's optional Reply Brief shall be filed on or before **October 22, 2010**.  Any request for oral argument shall be submitted no later than October 29, 2010.

DATED this 18th day of August, 2010.

　　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1