HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM BRAUN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

CASE NO. C10-5214-RBL

ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The matter is therefore REVERSED and REMANDED to the Administration for further consideration; and

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 31st day of January 2011.

                                    /s/ Ronald B. Leighton
                                    RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE

ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.- 1