# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM BRAUN,

          v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

CASE NO. C10-5214-RBL

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation; and

(2)    The matter is therefore REVERSED and REMANDED to the Administration for further consideration.

|  |  |
|---|---|
| February 1, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
|  | *s/ Mary Trent* |
|  | Deputy Clerk |