United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM BRAUN, | ) |
| | ) CIVIL NO. C10-5214RBL-JRC |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES, COSTS, AND |
| vs. | ) EXPENSES |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $5,671.94, costs in the sum of $350.00, and expenses in the sum of $28.66. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521, 560 U.S. __ (2010), payment of this award shall be made via check sent to Eitan Kassel Yanich's

1  address: Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA.
2  98501.
3      After the Court issues the order for EAJA fees and expenses, the Commissioner will
4  consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's
5  attorney. If the EAJA fees and expenses are not subject to any offset, the EAJA
6  attorney's fees and expenses will be paid directly to the order of plaintiff's attorney Eitan
7  Kassel Yanich.
8      DATED this 20th day of May, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE